SAMUEL W. ZIEGLER, Respondent, v. MAX SAFIAN, Appellant.— Order reversed

upon the law and the facts, with ten dollars costs and disbursements, and motion to vacate the attachment granted, with ten dollars costs. There is not, in our opinion, sufficient proof that the defendant was about to dispose of his property with intent to defraud his creditors. Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ., concur.